UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
MARTIN K. MICHELMAN,            ]
              Plaintiff,    ]
                            ]
v.                              ]
                                ]   Civil Action No. 05-CV-11577-RGS
SUFFOLK COUNTY, SUFFOLK         ]
COUNTY SHERIFF'S DEPARTMENT,    ]
and ANDREA J. CABRAL, In Her Official ]
And Individual Capacities,      ]
              Defendants.   ]
_____]

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1

The undersigned certify that they have conferred with a view to establishing a budget for the cost of conducting the litigation and have considered the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

                                          Respectfully submitted for the
                                          Defendants by,


                                          /s/ Kathleen M. Cawley
Date: November 23, 2005           Kathleen M. Cawley
                                          BBO #551202
                                          Assistant General Counsel
                                          200 Nashua Street
                                          Boston, MA 02114
                                          (617) 961-6680


                                          /s/ Andrea J. Cabral
Date: November 23, 2005           Andrea J. Cabral, Sheriff
                                          Suffolk County Sheriff's Department
                                          20 Bradston Street
                                          Boston, MA 02118
                                          (617) 635-1000