UNITED STATES DISTRICT COURT
DISCTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARTIN K. MICHELMAN,<br>Plaintiff,<br><br>v.<br><br>SUFFOLK COUNTY, SUFFOLK<br>COUNTY SHERIFF'S DEPARTMENT, and<br>ANDREA J. CABRAL, IN HER OFFICIAL<br>AND INDIVIDUAL CAPACITIES<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)    C.A. No. 05-CV-11577<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S LR 16.1 CERTIFICATION

The Plaintiff Martin K. Michelman and his counsel, Robert S. Mantell, have

conferred with a view to establishing a budget for the costs of conducting the full

course—and various alternative courses—of litigation; and have considered the

resolution of the litigation through the use of alternative dispute resolution programs.


_____
Martin K. Michelman

_____
Robert S. Mantell

michelman 16.1 certification