UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MARTIN K. MICHELMAN,<br>            Plaintiff<br><br>v.<br><br>SUFFOLK COUNTY,<br>SUFFOLLLK COUNTY<br>SHERIFF'S DEPARTMENT,<br>and ANDREA J. CABRAL, In<br>Her Official And Individual<br>Capacities,<br>            Defendants | )<br>)<br>)<br>)<br>)   Civil Action No. 05-CV-11577-RGS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

Now comes Linda Evans and hereby states that she appears on behalf of the Plaintiff in the above-referenced matter.

                            Respectfully submitted,

                            The Plaintiff
                            By his Attorneys,


                            /s/ Linda Evans
                            Kevin G. Powers, BBO #405020
                            Robert S. Mantell, BBO #559715
                            Linda Evans, BBO #635078
                            Rodgers, Powers & Schwartz LLP
                            18 Tremont Street
                            Boston, MA 02108
                            (617) 742-7010