UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARTIN K. MICHELMAN,<br>    Plaintiff,<br><br>v.<br><br>SUFFOLK COUNTY, SUFFOLK<br>COUNTY SHERIFF'S DEPARTMENT,<br>and ANDREA J. CABRAL, In Her Official<br>And Individual Capacities,<br>    Defendants. | Civil Action No. 05-CV-11577-RGS |

**PARTIES' FIRST JOINT MOTION TO EXTEND THE SCHEDULING ORDER**

Plaintiff Martin K. Michelman and Defendants Suffolk County, Suffolk County Sheriff's Department, and Andrea Cabral hereby jointly move for a ninety-day extension of the scheduling order. As grounds for this Motion the parties state as follows:

1. The Court issued a Scheduling Order on or about December 1, 2005.  The current scheduling order calls for the completion of discovery by June 15, 2006; for the filing of dispositive motions by July 28, 2006; and, any oppositions due by August 28, 2006.

2. The parties have diligently engaged in discovery including interrogatories, document requests and depositions. During the course of discovery it became apparent that additional time to complete discovery is needed.

3. Due to scheduling issues of the parties and counsel, the parties do not anticipate that they will be able complete discovery by the June 15, 2006 deadline.

4. This is the first request for an extension of time and will not prejudice either party.

1

5. The parties request a ninety days extension for discovery to assure completion in that time period and in recognition of the inherent scheduling conflicts associated with the summer months. Ninety days will be sufficient to assure that the parties can accommodate scheduling conflicts for depositions.

WHEREFORE, the parties request that the Court grant a ninety-day extension of the discovery deadline and corresponding dispositive motions such that discovery is completed by September 15, 2006; dispositive motions filed on or before October 27, 2006 and any oppositions filed thirty days thereafter.

Respectfully submitted,

| MARTIN K. MICHELMAN | SUFFOLK COUNTY, SUFFOLK COUNTY SHERIFF'S DEPARMENT, ANDREA CABRAL, |
|---|---|
| By his attorneys, | By their attorney |
| /s/ Robert S. Mantell | /s/ Kathleen M. Cawley |
| Kevin G. Powers (BBO # 405020) | Kathleen M. Cawley (BBO #551202) |
| Robert S. Mantell (BBO# 559715) | Assistant General Counsel |
| Rodgers, Powers & Schwartz, LLP | Suffolk County Sheriff's Department |
| 18 Tremont Street, Suite 500 | 200 Nashua Street |
| Boston, MA 02108 | Boston, MA 02114 |
| (617) 742-7010 | (617) 961-6680 |

**Certificate of Counsel Pursuant to Local Rule 7.1**

Pursuant to L.R. 7.1(A)(2), I certify that I have conferred in good faith with counsel for the Plaintiff to resolve or narrow the issues raised in this motion, and that the parties jointly reached the agreement represented above.

/s/ Kathleen M. Cawley____
Kathleen M. Cawley